## ROSE M. WEBER
### ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(212) 748-3355



December 4, 2019

**SO ORDERED**

**BY ECF**
Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007

DEC 0 6 2019

The initial conference is adjourned from December 10, 2019 to February 25, 2020 at 9:30 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

Re: *Khabib Pogosian v. City of New York, et al.*, 19 Civ. 7566 (GBD)

Your Honor:

The parties in the above-referenced matter write jointly to request respectfully that the initial conference currently scheduled for December 10, 2019 be adjourned until a date after February 18, 2020. This civil rights case is participating in Local Civil Rule 83.10 (formerly the Section 1983 Plan). As such, the parties have been following Plan deadlines regarding discovery and, pursuant to the Plan, are scheduled for mediation on February 18th. As Your Honor is of course aware, the Plan contemplates an initial conference needing to take place only in the event that mediation fails. Accordingly, the parties respectfully request that the initial conference be adjourned until after the mediation date.

Thank you for your consideration of this request.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:   Amy Robinson, Esq. (by ECF)